UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   EDCV 16-1165-MWF (KS)                                     Date: September 27, 2016

Title   *Amina Trinity Bennett-Martin v. San Bernardino Community College et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

Roxanne Horan-Walker
Deputy Clerk                                                        Court Reporter / Recorder

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL**

On June 3, 2016, plaintiff, a California resident proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C § 1983 ("Complaint"). (Dkt. No. 1.)  On June 8, 2016, the Clerk issued the summons.  (Dkt. No. 4.)

Rule 4(m) of the Federal Rules of Civil Procedure states:  "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."  Neither a litigant's *pro se* status nor her lack of legal sophistication is good cause for her failure to comply with the Federal Rules of Civil Procedure.  *See Briones v. Riviera Hotel & Casino*, 116 F.3d 379, 382 (9th Cir. 1997); *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987); *Wennihan v. AHCCCS*, 515 F. Supp. 2d 1040, 1043 (D. Ariz. 2005); *see also Springer v. Best*, 264 F.2d 24, 25 (9th Cir. 1959) (it has never been the court's function "to supervise laymen in the practice of law"); Local Rule 1-3 ("Persons appearing *pro se* are bound by these rules.").

More than 115 days have now passed since plaintiff filed the Complaint, and it does not appear from the docket that she served the Complaint on any of the defendants.  Accordingly, the Complaint is now subject to dismissal under Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure.  Therefore, **Plaintiff is ORDERED TO SHOW CAUSE, no later than October 18, 2016, why this action should not be dismissed for failure to prosecute and comply with Rule 4(m) of the Federal Rules of Civil Procedure.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   EDCV 16-1165-MWF (KS)                                      Date: September 27, 2016

Title      *Amina Trinity Bennett-Martin v. San Bernardino Community College et al*

     **Plaintiff is advised that the failure to timely comply with this order <u>will</u> result in a recommendation of dismissal of her case pursuant to Fed. R. Civ. P. 4(m) and 41(b) and Local Rule 41-1.**

     **IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | rhw |