UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMINA TRINITY BENNETT,<br><br>           Plaintiff,<br><br>  vs.<br><br>SAN BERNARDINO VALLEY COMMUNITY COLLEGE, a local public entity; OFFICER JOSE PLASENCIA, an individual; SERGEANT KENNETH STILLS, an individual; SERGEANT TOMAYO CHRIS, an individual; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. EDCV 16-1165-MWF (KSx)<br><br>**JUDGMENT AGAINST PLAINTIFF AMINA TRINITY BENNETT** |

The above-entitled matter came before the Honorable Michael W. Fitzgerald, United States District Judge, presiding in Courtroom 5A of the above-entitled Court, pursuant to Defendant Officer Jose Plasencia's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment (the "Motion"). (Docket No. 93). All claims have now been resolved, as follows:

The First Amended Complaint ("FAC") was filed on June 13, 2017. (Docket No. 52). On June 27, 2017, Defendants Plasencia, Officer Kenneth

Stills, and San Bernardino Valley Community College moved to dismiss the FAC. (Docket No. 54). On August 9, 2017, the Court granted Defendants' motion without leave to amend. (*See* "August 9 Order" at 7-8 (Docket No. 62)). After the Court's August 9 Order, the only remaining claims were those pursuant to 42 U.S.C. § 1983 against Defendant Plasencia "for unreasonable search, unlawful arrest, and excessive force . . . ." (*Id.* at 8).

In an Order dated November 29, 2018, the Court granted summary judgment in favor of Defendant Plasencia as to Plaintiff's claims for unreasonable search, malicious prosecution, excessive force, Equal Protection, and punitive damages. (Docket No. 136).

Plaintiff's only remaining claim for false arrest was dismissed by the Court's Order Granting Summary Judgment to Defendant as to Plaintiff's First Claim for Relief on December 26, 2018. (Docket No. 141).

Now, therefore, pursuant to Rules 56 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered as follows:

1. Judgment on all claims is entered in favor of Defendants, and Plaintiff shall take nothing by way of her First Amended Complaint.
2. The action is dismissed with prejudice.
3. Defendants are awarded their costs as provided by law.

Dated: December 26, 2018

MICHAEL W. FITZGERALD
United States District Judge